# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.R. MCFARLANE, M.C. HOLIFIELD**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**NIKOLAI E. BAKER**
**MASTER-AT-ARMS THIRD CLASS (E-4), U.S. NAVY**

**NMCCA 201400299**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 20 May 2014.
**Military Judge**: CAPT Bethany Payton-O'Brien, JAGC, USN.
**Convening Authority**: Commander, Navy Region Northwest, Silverdale, WA.
**Staff Judge Advocate's Recommendation**: LCDR E.K. Westbrook, II, JAGC, USN.
**For Appellant**: LT Ryan W. Aikin, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**31 October 2014**

---------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court